In re TOWN OF MORRISTOWN. (Supreme Court, Appellate Division, Third Department. September 28, 1911.) In the matter of the application of certain duly qualified voters of the Town of Morristown, in St. Lawrence county, for the holding of a special town meeting in said town, at which may be submitted the question of local option for said town. No opinion. Order affirmed, with costs.

TOWN OF PELHAM, Appellant, v. SHINN, Respondent. (Supreme Court, Appellate Division, Second Department. November 17, 1911.) Action by the Town of Pelham against John M. Shinn. No opinion. Motion to resettle order denied, without costs. See, also, 129 App. Div. 20, 113 N. Y. Supp. 98; 129 App. Div. 928, 113 N. Y. Supp. 1149.

TOWN OF ROYALTON, Appellant, v. EMPIRE ENGINEERING CORPORATION, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 22, 1911.) Action by the Town of Royalton against the Empire Engineering Corporation.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Held that, as matter of law, the temporary injunction was properly denied, because the complaint does not state a cause of action.

McLENNAN, P. J., and ROBSON, J., concur, upon the further ground that, in any event, the court properly exercised its discretion in the premises.

In re TRACY. (Supreme Court, Appellate Division, First Department. November 10, 1911.) In the matter of Rollin Tracy. No opinion. Reference ordered to official referee. Settle order on notice.

In re TRAINOR. (Supreme Court, Appellate Division, First Department. October 27, 1911.) In the matter of Hugh F. Trainor, etc. No opinion. Motion denied, with $10 costs. Order filed. See, also, 130 N. Y. Supp. 682.

TRIMBEY, Appellant, v. CENTRAL NEW YORK TELEPHONE & TELEGRAPH CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. November 29, 1911.) Action by Fred C. Trimbey against the Central New York Telephone & Telegraph Company. No opinion. Judgment affirmed, with costs. See, also, 140 App. Div. 657, 125 N. Y. Supp. 500.

TRIPARD, Respondent, v. GROULT, Appellant. (Supreme Court, Appellate Division, Second Department. October 13, 1911.) Action by Joseph D. Tripard, as administrator, etc., against Ernest Groult, substituted as defendant. No opinion. Judgment of the Municipal Court affirmed, with costs.

TRUESDELL, Respondent, v. BOURKE, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 15, 1911.) Action by John W. Truesdell, as administrator, etc., against Hannie L. Bourke. No opinion. Order affirmed, with $10 costs and disbursements.

TRUSSED CONCRETE STEEL CO., Respondent, v. LATHROP, SHEA & HENWOOD CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 15, 1911.) Action by the Trussed Concrete Steel Company against the Lathrop, Shea & Henwood Company and another. No opinion. Judgment affirmed, with costs.

TURNBULL, Overseer of Poor, Respondent, v. GARDNER, Appellant. (Supreme Court, Appellate Division, Third Department. September 28, 1911.) Action by Richard Turnbull, as Overseer of the Poor of the Town of New Lisbon, N. Y., against C. Arthur Gardner. No opinion. Motion granted, unless within 20 days appellant procures case to be signed, filed, and served, in which case motion is denied, without costs.

TURNBULL, Overseer of Poor, Respondent, v. GARDNER, Appellant. (Supreme Court, Appellate Division, Third Department. November 29, 1911.) Action by Richard Turnbull, as Overseer of the Poor of the Town of New Lisbon, N. Y., against C. Arthur Gardner. No opinion. Motion granted, unless appellant procures appeal papers to be properly certified, and be ready to argue the case at the next term of this court, in which case motion is denied. See, also, supra.

TUSKA v. HELLER, HIRSH & CO. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by Gustave R. Tuska against Heller, Hirsh & Co. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

ULLMAN et al., Respondents, v. C. C. WORMER MACHINERY CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 29, 1911.) Action by Julius Ullman and others against the C. C. Wormer Machinery Company.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS and ROBSON, JJ., dissent, upon the ground that, the contract having been wholly rescinded, there was no right to recover anything under it.

ULLMAN, Respondent, v. ULLMAN, Appellant. (Supreme Court, Appellate Division, Second Department. October 11, 1911.) Action